IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Daniel A. Stone, aka Daniel Aaron Stone,  )<br>  )<br>            Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>Ed Trammell,  )<br>  )<br>            Defendant.  )<br>_____) | C/A No.: 4:07-0215-MBS<br><br><br><br><br>**O R D E R** |

Plaintiff Daniel A. Stone, is an inmate in custody of the Bureau of Prisons. At the time of the underlying events, he was housed at the Florence County Detention Center in Florence, South Carolina. Plaintiff, proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983, alleging unconstitutional conditions of confinement.

On June 18, 2007, Defendant filed a motion for summary judgment. By order filed June 20, 2007, pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), Plaintiff was advised of the summary judgment procedures and the possible consequences if he failed to respond adequately. Plaintiff filed no response to Defendant's motion.

In accordance with 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Thomas E. Rogers, III for pretrial handling. On January 14, 2008, the Magistrate Judge filed a Report and Recommendation in which he recommended that the case be dismissed pursuant to Fed. R. Civ. P. 41(b). Plaintiff filed no objection to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court.

Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation. Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has thoroughly reviewed the record. The court concurs in the Report and Recommendation and incorporates it herein by reference. The case is dismissed with prejudice pursuant to Fed R. Civ. P. 41(b).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

February 26, 2008.

Columbia, South Carolina

### NOTICE OF RIGHT TO APPEAL

**Plaintiff is hereby notified that he has the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**